**Opinion issued June 27, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00712-CV

————————————

## IN RE LAUREN WITZKE, Relator

---

## Original Proceeding on Petition for Writ of Contract

---

## MEMORANDUM OPINION

Relator Lauren Witzke has filed a petition for writ of mandamus challenging the trial court's September 1, 2023 order granting real party in interest Eric Vaughn's motion for a continuance of the special appearance hearing and permitting Vaughn to conduct jurisdictional discovery.[1]

---

[1] The underlying case is *Eric Vaughn v. Lauren Witzke*, cause number 2023-17749, pending in the 157th District Court of Harris County, Texas, the Honorable Tanya Garrison presiding.

We deny the petition.  *See* TEX. R. APP. P. 52.8.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.